1   LAW OFFICE OF KEVIN M. WELCH
2   Kevin M. Welch, (SBN 254565)
    *Kevin@kmwlawoffice.com*
3   P.O. Box 494
    Hermosa Beach, CA 90245
4   Tel.: (310) 929-0553
    Fax: (310) 698-1626
5
    Attorney for the Plaintiff,
6   KRAFTWORKS DESIGNS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12  KRAFTWORKS DESIGNS, INC., a      Case No.: CV11-00699-JMN (PJWx)
    California corporation,
13                                   **FIRST AMENDED COMPLAINT FOR**
                                     **DAMAGES FOR:**
14          Plaintiff,
                                     **(1) INFRINGEMENT OF FEDERALLY**
15          v.                       **REGISTERED TRADEMARK (15**
                                     **U.S.C. §1114; Lanham Act 32);**
16  LAWRIE MANTWELL, an
    individual; KURT MANTWELL, an    **(2) FEDERAL UNFAIR COMPETITION**
17  individual; KUMPLAY2 EVENTS,     **(15 U.S.C. § 1125(a); Lanham Act**
    a California partnership; and DOES **§43(a));**
18  1 through 10, inclusive,
                                     **(3) COMMON LAW TRADEMARK**
19          Defendants.              **INFRINGEMENT;**

20                                   **(4) COMMON LAW UNFAIR**
                                     **COMPETITION;**
21
                                     **(5) DILUTION OF TRADEMARK**
22                                   **(15 U.S.C. §43(c) OF THE LANHAM**
                                     **ACT);**
23
                                     **(6) CALIFORNIA UNFAIR**
24                                   **COMPETITION (Cal. Bus. & Prof. Code**
                                     **§17200);**
25
26                                   **DEMAND FOR JURY TRIAL**
27
28

              FIRST AMENDED COMPLAINT FOR DAMAGES – Page 1

1    Plaintiff KRAFTWORKS DESIGNS, INC. ("Kraftworks"), by and for its
2    Complaint, alleges on personal knowledge as to its own actions, and upon
3    information and belief as to the actions of others, as follows:

## INTRODUCTION

5          1.     This is an action in law and equity for, *inter alia*, trademark
6    infringement, trademark dilution, and unfair competition. Plaintiff Kraftworks
7    owns and operates a website, www.theswingsite.com, where adults who are
8    interested in the swinger lifestyle may meet, converse, and become acquainted in a
9    safe and fun environment. Kraftworks provides this service under its federally
10   registered trademark, U.S. Trademark Registration No. 3348502 (hereinafter "the
11   '502 registration"), which comprises a partial view of a female's face prominently
12   featuring her eyes. (A true and correct copy of the '502 Registration is attached
13   hereto as Exhibit A). Kraftworks also organizes and promotes private events at a
14   variety of locations where its members and guests can meet, converse, and become
15   acquainted in person. These events serve as both a benefit for members assuring
16   continued patronage of the Kraftworks website and a marketing tool to meet new
17   like-minded individuals that may be interested in subscribing to the Kraftworks
18   website. Many of these private events are held at regular intervals and grow in
19   popularity over time. Defendants LAWRIE MANTWELL and KURT
20   MANTWELL ("the Mantwells") were subscribers and frequent patrons of the
21   Kraftworks website and private events until it was discovered that the Mantwells
22   were receiving commissions to actively recruit other patrons to leave the
23   Kraftworks website and join competing websites. As a result of their behavior,
24   Kraftworks made the decision to terminate the Mantwells' membership to its
25   website and refund their membership fee. Immediately upon termination of their
26   membership, the Mantwells continued attempting to appropriate Kraftworks'
27   efforts and goodwill by adopting a trademark remarkably similar to Kraftworks'
28   trademark comprising a partial view of a female's face prominently featuring her

1  eyes (hereinafter "the Accused Mark"). The Mantwells used this confusingly
2  similar mark in conjunction with similar services to the identical clientele through
3  the website www.kumplay2.com and others. (A true and correct copy of a
4  screenshot of the website www.kumplay2.com featuring the above described
5  Accused Mark is attached hereto as Exhibit B). Additionally, through aggressive
6  and unlawful practices, the Mantwells and Kumplay2 have attempted to
7  commandeer the most successful private events that Kraftworks worked hard to
8  finance, create, promote, and maintain. The Mantwells' and Kumplay2's use of a
9  confusingly similar mark in conjunction with similar services directed at the
10 identical clientele and unlawful efforts to take control of Kraftworks' private
11 events is likely to cause confusion or mistake and to deceive consumers as to the
12 source of the services provided under Krafworks' mark, or cause confusion or
13 mistake as to the sponsorship or other commercial affiliation of the Mantwells and
14 Kumplay2 with Kraftworks. These activities have and are likely to continue to
15 cause considerable harm to Kraftworks and its business.

16                              **THE PARTIES**

17        2.     Kraftworks was incorporated in the State of California in 2005, and
18 maintains its principle place of business at 2110 Artesia Blvd. #B627, Redondo
19 Beach, CA 90278.

20        3.     Upon information and belief, LAWRIE MANTWELL is an individual
21 and resident of California and maintains a primary residence at 27775 Blue
22 Diamond Lane, Romoland, CA 92585.

23        4.     Upon information and belief, KURT MANTWELL is an individual
24 and resident of California and maintains a primary residence at 27775 Blue
25 Diamond Lane, Romoland, CA 92585.

26        5.     Upon information and belief, KUMPLAY2 EVENTS ("Kumplay2")
27 is a California partnership with a principle place of business at 27775 Blue
28 Diamond Lane, Romoland, CA 92585.

6.    The true names, and identities or capacities, whether individual, associate, corporate or otherwise of DOES 1 through 10, inclusive, are unknown to Kraftworks, who therefore sues said defendants by fictitious names.  Kraftworks is informed and believes, and on such information and belief, alleges that each of the defendants sued herein as a DOE are legally responsible in some manner for the events and happenings referred herein.  When the true names, identities and capacities of such fictitiously designated defendants are ascertained, Kraftworks will ask leave of the Court to amend this complaint to insert said true names, identities and capacities, together with proper charging allegations.

## JURIDISCTION AND VENUE

7.    This is an action seeking permanent injunctive relief, monetary remedies, other equitable remedies, and attorneys' fees based on the trademark infringement, trademark dilution, and unfair competition of the Mantwells and Kumplay2 in connection with the use of the Accused Mark in relation to websites and events catering to the introduction of adults who are interested in the swinger lifestyle.  These unlawful acts have occurred primarily in the State of California, and more specifically in the Central District of California.

8.    This Court has subject matter jurisdiction over this lawsuit pursuant to 15 U.S.C. §§ 1121 and 1125(a), 17 U.S.C. §§101 *et seq*., and 28 U.S.C. §§1331, 1338, and 1367, and pursuant to the Court's pendent jurisdiction.

9.    This Court has personal jurisdiction over LAWRIE MANTWELL because, *inter alia*, LAWRIE MANTWELL currently resides within the state of California.

10.   This Court has personal jurisdiction over KURT MANTWELL because, *inter alia*, KURT MANTWELL currently resides within the state of California.

11.   This Court has personal jurisdiction over KUMPLAY2 EVENTS because, *inter alia*, KUMPLAY2 EVENTS, through its advertising and sales to

1   customers located in California and in this district, is present in this judicial

2   district, transacts business in this judicial district, and has committed acts in this

3   judicial district upon which the claims asserted in this lawsuit are based.

4       12.    Venue is proper in the Central District of California pursuant to 28

5   U.S.C. §§1391(b), (c) and 1400(b).

6   **PLAINTIFF AND ITS BUSINESS**

7       13.    Since its launch in 2005, the Kraftworks website,

8   www.theswingsite.com, has grown to be a very well-known and respected website

9   that caters to individuals and couples who are interested in the swinger lifestyle.

10  This reputation has been earned by tireless efforts on the part of the Kraftworks'

11  management to provide a high quality website, including the latest technology,

12  giving patrons the freedom to meet each other through convenient, safe, and

13  anonymous methods for a modest price.

14      14.    Kraftworks has also worked hard to organize and promote quality

15  private events at select venues providing value to its subscribers while attempting

16  to increase subscribership.

17      15.    Kraftworks scouts potential venues for private events and meets the

18  owners of the venues to negotiate permission to hold the private events.

19      16.    Kraftworks promotes private events at multiple venues at regular

20  intervals to augment the introduction between current and future members as a

21  mode to promote the Kraftworks brand.

22      17.    One such repeating private event is held every Friday since 2010 at

23  the Paradise Lounge & Grill located at 2732 Midway Drive in San Diego

24  California.

25      18.    The private event help at the Paradise Lounge & Grill was started by

26  Kraftworks, promoted by Kraftworks, and became a popular weekly private event

27  for individuals and couples who are interested in the swinger lifestyle largely

28  because of the efforts of Kraftworks.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 5

19.     Kraftworks has taken steps to protect its reputation and goodwill by federally registering its trademark, the '502 Registration.

20.     The '502 Registration is inherently distinctive and was registered on the Principal Register of the United States Patent and Trademark Office on December 4, 2007 for *Computer dating services; Dating services; Marriage partner introduction or dating services; On-line identity reliability investigation in the field of on-line dating and claims made about age, gender; Video dating services; Web site services featuring on-line dating club.*

21.     Pursuant to 15 U.S.C. § 1057(b), the '502 Registration is prima facie evidence of the validity of Kraftworks claims to trademark rights in the mark and of its exclusive right to use the mark in commerce in connection with *Computer dating services; Dating services; Marriage partner introduction or dating services; On-line identity reliability investigation in the field of on-line dating and claims made about age, gender; Video dating services; Web site services featuring on-line dating club.*

22.     Pursuant to 15 U.S.C. § 1057(c), the filing date of the application which matured into the '502 Registration constituted constructive use of the mark on the filing date, conferring a right of priority, nationwide in effect, in connection with the services specified in the registration (namely, *Computer dating services; Dating services; Marriage partner introduction or dating services; On-line identity reliability investigation in the field of on-line dating and claims made about age, gender; Video dating services; Web site services featuring on-line dating club*) against any other entity (with certain statutory exceptions, none of which apply to the Mantwells or Kumplay2).

23.     To ensure consistent quality of service, Kraftworks maintains full control of all use of its trademarks.

///

///

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 6

## DEFENDANTS' WRONGFUL ACTS RELATED TO
## THE MARK AT ISSUE

24.     At all times relevant to this Complaint, the Mantwells and Kumplay2 were aware of Kraftworks' business and the services it provides under the '502 Registration and the goodwill represented and symbolized by that mark.

25.     The Mantwells signed a membership agreement when they joined Plaintiff Kraftworks' website, (www.theswingsite.com), that explicitly stated that *"trademarks and service marks featured on the site are displayed pursuant to licenses obtained from the owners and/or holders of those trademarks and service marks, and may not be used publically without express written consent of the owners and/or holders of such trademarks and service marks."*

26.     Neither the Mantwells nor Kumplay2 are currently authorized associates or affiliates of Kraftworks.

27.     Neither the Mantwells nor Kumplay2 have express written consent from Kraftworks to use its trademarks or service marks.

28.     On information and belief, the Mantwells and Kumplay2 began to promote the weekly private event held at Paradise Lounge & Grill verbally and through electronic mail in an attempt to unlawfully appropriate Kraftworks' goodwill and efforts.

29.     On information and belief, the Mantwells and Kumplay2 engaged in an unlawful concerted campaign to commandeer the private events organized and promoted by Kraftworks.

30.     On information and belief, the Mantwells and Kumplay2 engaged in an unlawful concerted campaign of misinformation directed toward Kraftworks in an attempt to damage Kraftworks' reputation and patronage and increase the patronage of Kumplay2's website, www.kumplay2.com.

31.     Immediately after the Mantwells' membership to Kraftworks website was terminated , Kraftworks became aware that the Mantwells and Kumplay2 were

1   using a mark that is confusingly similar to the '502 Registration, the Accused
2   Mark, in commerce in conjunction with the website www.kumplay.com and others
3   which provide the service of introduction of individuals and couples who are
4   interested in the swinger lifestyle.

5         32.    On the website www.kumplay2.com the Mantwells and Kumplay2
6   used the Accused Mark in conjunction with advertising of an event where
7   individuals and couples who are interested in the swinger lifestyle could "Meet &
8   Greet," that took place on July 18, 2010.  (A true and correct copy of this
9   advertisement is attached as Exhibit C).

10         33.    On the website www.kumplay2.com the Mantwells and Kumplay2
11   used the Accused Mark in conjunction with advertising of an event where
12   individuals and couples who are interested in the swinger lifestyle could meet at a
13   private dinner party that took place on July 23, 2010.  (A true and correct copy of
14   this advertisement is attached as Exhibit D).

15         34.    On the website www.kumplay2.com the Mantwells and Kumplay2
16   used the Accused Mark in conjunction with advertising of an event where
17   individuals and couples who are interested in the swinger lifestyle could meet at a
18   West Coast Swingers Corn Hole Tournament that took place on September 4,
19   2010.  (A true and correct copy of this advertisement is attached as Exhibit E).

20         35.    On the website www.kumplay2.com the Mantwells and Kumplay2
21   used the Accused Mark in conjunction with advertising of an event where
22   individuals and couples who are interested in the swinger lifestyle could meet in
23   Newport Beach that took place on October 3, 2010.  (A true and correct copy of
24   this advertisement is attached as Exhibit F).

25         36.    The Mantwells and Kumplay2 used a banner prominently displaying
26   the Accused Mark at a Halloween event that took place on October 30, 2010 where
27   individuals and couples who are interested in the swinger lifestyle could meet and
28   socialize.  (A true and correct copy of a photograph taken at this event showing

1  this banner is attached as Exhibit G).

## COUNT I

## INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK
## 15 U.S.C. §1114 (LANHAM ACT §32)

37.  Kraftworks hereby incorporates by reference each and every allegation contained in paragraphs 1 through 36 as though fully set forth herein, and makes the following allegations on information and belief.

38.  Kraftworks is the owner of U.S. Trademark Registration No. 3348502 and such registration is valid, subsisting, and in full force and effect.

39.  The Mantwells' and Kumplay2's conduct is likely to cause confusion, to cause mistake or to deceive customers as to the origin, source, or sponsorship the Mantwells' and Kumplay2's services, and is likely to create the false impression that the Mantwells' and Kumplay2's services are authorized, sponsored, endorsed or licensed by, or affiliated with Kraftworks.

40.  The public, including the Mantwells and Kumplay2, has been on constructive notice of Kraftwork's exclusive rights in the '502 Registration since December 4, 2007 when the United States Patent and Trademark Office issued a certificate of registration for the'502 Registration.

41.  The Mantwells' and Kumplay2's conduct is willful, in bad faith, and with full knowledge that the Mantwells and Kumplay2 have no right, license, or authority to use the '502 Registration or any other designation similar thereto.

42.  The Mantwells' and Kumplay2's conduct is intended to reap the benefit of the goodwill that Kraftworks has created in the '502 Registration, and constitutes infringement of Kraftwork's federally registered trademark in violation of §32(1) of the Lanham Act, 15 U.S.C. §1114(1).

43.  Because the Mantwells and Kumplay2 are using a mark that is confusingly similar to the '502 Registration in connection with commerce in an unauthorized manner, the Mantwells and Kumplay2 have caused and are causing

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 9

1   substantial irreparable harm to the distinctiveness and goodwill associated with
2   Kraftworks federally registered mark and will continue to damage Kraftworks, and
3   to deceive consumers, unless enjoined by this Court.

4        44.   Kraftworks has no adequate remedy at law to address the continued
5   harm to its reputation and goodwill caused by the Mantwells' and Kumplay2's
6   continued use of a mark in commerce that is confusingly similar to the '502
7   Registration.

## COUNT II
## FEDERAL UNFAIR COMPETITION
## 15 U.S.C. §1125(a) (LANHAM ACT §43(a))

11       45.   Kraftworks repeats and incorporates by reference the allegations
12   Paragraphs 1 through 44 as if fully set forth herein.

13       46.   The conduct of the Mantwells and Kumplay2 is likely to cause
14   confusion, to cause mistake or to deceive consumers as to the origin, source, or
15   sponsorship of the services provided by the Mantwells and Kumplay2, and is likely
16   to create the false impression that such services are authorized, sponsored,
17   endorsed or licensed by, or affiliated with Kraftworks, the owner of the '502
18   Registration.

19       47.   The conduct of the Mantwells and Kumplay2 constitutes unfair
20   competition, false designation of origin, false advertising, false representation of
21   fact, and false description in violation of §43(a) of the Lanham Act, 15 U.S.C.
22   §1125(a).

23       48.   On information and belief, the Mantwells and Kumplay2 began
24   promoting the weekly private event held at Paradise Lounge & Grill as both
25   verbally and through the website www.kumplay2.com in an attempt to unlawfully
26   appropriate Kraftworks' goodwill and efforts constitute false designation of origin
27   and false representation of fact and palming off of Kraftworks services.

28       49.   On information and belief, the Mantwells and Kumplay2 engaged in

1  an unlawful concerted campaign to commandeer the private events organized and
2  promoted by Kraftworks constituting misappropriation of Kraftworks goodwill and
3  efforts.

4      50.    On information and belief, the Mantwells and Kumplay2 engaged in
5  an unlawful concerted campaign of misinformation related to Kraftworks,
6  Kraftworks' policies, and why the Mantwells were asked to leave the Kraftworks
7  website constituting commercial disparagement and interference with economic
8  relations.

9      51.    Because the Mantwells and Kumplay2 are using a mark confusingly
10  similar to the '502 Registration in connection with commerce in an unauthorized
11  manner, the Mantwells and Kumplay2 have caused and are causing substantial
12  irreparable harm to Kraftworks and its federally registered mark and will continue
13  to damage Kraftworks, and to deceive consumers, unless enjoined by this Court.

14      52.    Kraftworks has no adequate remedy at law to address the continued
15  harm to its reputation and goodwill caused by the Mantwells and Kumplay2's
16  continued use of a mark in commerce that is confusingly similar to the '502
17  Registration.

**COUNT III**

**COMMON LAW TRADEMARK INFRINGEMENT**

20      53.    Kraftworks repeats and incorporates by reference the allegations
21  Paragraphs 1 through 52 as if fully set forth herein.

22      54.    Kraftworks has used its trademark comprising a partial view of a
23  female face prominently featuring the eyes in commerce in conjunction with
24  computer dating services, dating services, marriage partner introduction or dating
25  services, on-line identity reliability investigation services in the field of on-line
26  dating and claims made about age, gender, video dating services, and web site
27  services featuring on-line dating club since at least as early as November 5, 2005.

28      55.    Kraftworks mark comprising a partial view of a female face

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 11

prominently featuring her eyes is inherently distinctive and therefore common law trademark rights vested with Kraftworks as soon as Kraftworks began using the mark in commerce.

56.    With full knowledge of Kraftworks' trademark, the Mantwells and Kumplay2 subsequently began using a confusingly similar mark, the Accused Mark, in commerce in conjunction with nearly identical services.

57.    The conduct of the Mantwells and Kumplay2 is likely to cause confusion, to cause mistake or to deceive customers as to the origin, source, or sponsorship the Mantwells' and Kumplay2's services, and is likely to create the false impression that the Mantwells' and Kumplay2's services are authorized, sponsored, endorsed or licensed by, or affiliated with Kraftworks.

58.    The Mantwells and Kumplay2 had actual notice of Kraftworks' exclusive rights in its mark.

59.    The conduct of the Mantwells and Kumplay2 is willful, in bad faith, and with full knowledge that the Mantwells and Kumplay2 have no right, license or authority to use Kraftwork's mark or any other designation similar thereto.

60.    The conduct of the Mantwells and Kumplay2 is intended to reap the benefit of the goodwill that Kraftworks has created in its mark, and constitutes an infringement of Kraftworks' trademark.

61.    Because the Mantwells and Kumplay2 are using the Accused Mark connection with services catering to individuals and couples who are interested in the swinger lifestyle in an unauthorized manner, the Mantwells and Kumplay2 have caused and are causing substantial irreparable harm to the distinctiveness and goodwill associated with Kraftworks's common law mark and will continue to damage Kraftworks, and to deceive consumers, unless enjoined by this Court.

62.    Kraftworks has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by the Mantwells' and Kumplay2's continued use of a mark in commerce that is confusingly similar to Kraftworks'

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 12

1  common law trademark.

2  ## COUNT IV

3  ## COMMON LAW UNFAIR COMPETITION

4      63.    Kraftworks repeats and incorporates by reference the allegations
5  Paragraphs 1 through 62 as if fully set forth herein.

6      64.    The unlawful conduct of the Mantwells and Kumplay2 is likely to
7  continue to cause confusion, to cause mistake and/or deceive consumers as to the
8  origin, source, or sponsorship of services provided by the Mantwells and
9  Kumplay2 in connection with the Accused Mark, and is likely to create the false
10 impression the services provided by the Mantwells and Kumplay2 are sponsored or
11 affiliate by Kraftworks.

12     65.    The conduct of the Mantwells and Kumplay2 is below the standards
13 of moral behavior lawfully permitted in California and the Unites States.

14     66.    The conduct of the Mantwells and Kumplay2 constitutes unfair
15 competition in violation of the common law of California and other states.

16     67.    The Conduct of the Mantwells and Kumplay2 is willful, in bad faith,
17 and with full knowledge that the Mantwells and Kumplay2 have no right, license
18 or authority to use the Accused Mark or any other designation confusingly similar
19 thereto.

20     68.    Because the Mantwells and Kumplay2 are using the Accused Mark in
21 connection with services catering to individuals and couples who are interested in
22 the swinger lifestyle in an unauthorized manner, the Mantwells and Kumplay2
23 have caused and are causing substantial irreparable harm to Kraftworks and will
24 continue to damage Kraftworks, and to deceive consumers, unless restrained and
25 permanently enjoined by this Court.

26     69.    Kraftworks has no adequate remedy at law to address the continued
27 harm to its reputation and goodwill caused by the Mantwells and Kumplay2's
28 continued use of unfair business practices.

# COUNT V
## DILUTION OF TRADEMARK
### Under §43(a) of the Lanham Act

70.   Kraftworks repeats and incorporates by reference the allegations Paragraphs 1 through 69 as if fully set forth herein.

71.   Kraftworks' '502 Registration is distinctive and famous as it has been used for several years and is widely recognized by actual and potential customers as the designation of high quality services provided by Kraftworks. The '502 Registration is famous and distinctive within the meaning of §43(a) of the Lanham Act, 15 U.S.C. §1125(c).

72.   Kraftworks '502 Registration is famous and was famous among the potential and actual customers of the Mantwells and Kumplay2 prior to the unauthorized use of the Accused Mark in conjunction services catering to introducing individuals and couples who are interested in the swinger lifestyle.

73.   Upon information and belief, the unauthorized use in interstate commerce of the Accused Mark by the Mantwells and Kumplay2 caused and continues to cause a likelihood of dilution and actual dilution of the distinctive quality of Kraftworks's trademarks by blurring and tarnishment.

74.   On information and belief, the unauthorized use of the Accused Mark by the Mantwells and Kumplay2 has already caused and will continue to cause some of Kraftworks' actual and potential customers to think the inferior services provided by the Mantwells and Kumplay2 are sponsored by or affiliated with Kraftworks.

75.   On information and belief, the unauthorized use of the Accused Mark by the Mantwells and Kumplay2 have lessened the capacity of the '502 Registration to identify and distinguish only Kraftworks as the source of goods and services associated with the '502 Registration, in violation of §43(a) of the Lanham Act, 15 U.S.C. § 1125(c).

76.   On information and belief, Kraftworks has sustained damages and the Mantwells and Kumplay2 have obtained profits and unjust enrichment as a result of the dulition caused by the unlawful use of the Accused Mark by the Mantwells and Kumplay2.

77.   The unlawful acts of the Mantwells and Kumplay2 described herein irreparably injure Kraftworks's business, and will continue to do so unless and until they are permanently enjoined.

## COUNT VI

## CALIFORNIA UNFAIR COMPETITION

## Cal. Bus. & Prof. Code §17200

78.   Kraftworks repeats and incorporates by reference the allegations Paragraphs 1 through 77 as if fully set forth herein.

79.   The unlawful conduct of the Mantwells and Kumplay2, as alleged above, also constitute unfair, unlawful, and fraudulent business practices in violation of California Business and Professions Code § 17200, et seq.

80.   The wrongful acts of the Mantwells and Kumplay2 proximately caused, and will continue to cause substantial injury to Kraftworks including confusion of potential customers, injury to reputation, and diminution of the value of its '502 Registration.  These actions will cause imminent irreparable harm and injury to Kraftworks if the Mantwells' and Kumplay2's acts continue.

81.   As a direct and proximate result of the wrongful acts of the Mantwells and Kumplay2, Kraftworks has been damaged, and is entitled to injunctive relief and restitution in an amount proven at trial.  The acts the Mantwells and Kumplay2 described herein irreparably injure Kraftworks' business, reputation and goodwill, and will continue to do so unless restrained and permanently enjoined by this Court.

82.   Kraftworks has no adequate remedy at law to address the continued harm to its reputation and goodwill caused by the Mantwells' and Kumplay2's

1  continued use of a mark in commerce that is confusingly similar to the '502
2  Registration.

### PRAYER FOR RELIEF

4  **WHEREFORE,** Kraftworks respectfully request the following relief:

5  A.  A permanent injunction prohibiting the Mantwells and Kumplay2,
6  their officers, directors, agents, principals, divisions, representatives, servants,
7  employees, associates, subsidiaries, affiliates, attorneys, successors and assigns,
8  and all persons acting by, through, under or in active concert or in participation
9  with or controlled, either directly or indirectly, by any of them, from using any
10 mark comprising a partial view of a female face prominently featuring her eyes,
11 the Accused Mark, or any confusingly similar variation thereof, as, or as a
12 component of, a trademark, trade name or otherwise, in connection with the
13 advertising, promoting, marketing, offering, selling or providing of its online
14 services, meet and greet services, or other related services catering to individuals
15 and couples who are interested in the swinger lifestyle in the United States, and
16 from otherwise infringing the '502 Registration;

17 B.  A permanent injunction prohibiting the Mantwells and Kumplay2,
18 their officers, directors, agents, principals, divisions, representatives, servants,
19 employees, associates, subsidiaries, affiliates, attorneys, successors and assigns,
20 and all persons acting by, through, under or in active concert or in participation
21 with or controlled, either directly or indirectly, by any of them, from attending,
22 promoting, or interfering with any private event that Kraftworks has originated and
23 is promoting and prohibiting the Mantwells and Kumplay2 from generally
24 engaging in the parasitic business tactics;

25 C.  A permanent injunction requiring the Mantwells and Kumplay2 to
26 remove all appearances of the mark comprising a partial view of a female face
27 prominently featuring her eyes, the Accused Mark, from all web pages,
28 advertisements and other promotional materials;

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 16

1  D.  An accounting for all profits acquired by the Mantwells and
2  Kumplay2 through services advertised or performed in conjunction with the
3  unlawful use of the Accused Mark or other marks confusing similar to the '502
4  Registration;

5  E.  An award of such monetary remedies in an amount of one hundred
6  fifty thousand dollars ($150,000.00) to compensate Kraftworks for loss of value of
7  its business and reputation it has sustained as a consequence of the unlawful acts of
8  the Mantwells and Kumplay2, as well as the profits of the Mantwells and
9  Kumplay2 and their affiliates attributable to the unlawful acts;

10  F.  For such other relief as the Court deems necessary and proper;

11  G.  An award of treble damages or other enhanced monetary remedies to
12  Kraftworks;

13  H.  An award of attorneys' fees and cost to Kraftworks; and

14  I.  Such further relief as the Court may deem just and appropriate.

15  ## DEMAND FOR JURY TRIAL

16  Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, demand is
17  hereby made for trial by jury on all issues triable to a jury.

18

19  Dated this 21 day of March, 2011

20

21

22

23  By: _____

24  Kevin M. Welch, Esq. (SBN 254565)

25  LAW OFFICE OF KEVIN M. WELCH
   P.O. Box 494
26  Hermosa Beach, CA 90245
   Tel.: (310) 929-0553
27  Email:Kevin@kmwlawoffice.com
   Attorney for Plaintiff,
28  Kraftworks Designs, Inc.

FIRST AMENDED COMPLAINT FOR DAMAGES – Page 17

EXH A

EXHIBIT A

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2010-11-28 16:16:21 ET

**Serial Number:** 78936069 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** 3348502

**Mark**



**(words only):** THE SWING SITE YOUR ADULT PLAYGROUND WWW.THESWINGSITE.COM

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2007-12-04

**Filing Date:** 2006-07-24

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** 2007-12-04

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-12-04

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Kraftworks Designs

**Address:**
Kraftworks Designs
2003A Harriman Ln
Redondo Beach, CA 90278
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

---

## GOODS AND/OR SERVICES

**International Class:** 045
**Class Status:** Active
Computer dating services; Dating services; Marriage partner introduction or dating services; On-line identity reliability investigation in the field of on-line dating and claims made about age, gender; Video dating services; Web site services featuring on-line dating club
**Basis:** 1(a)
**First Use Date:** 2005-05-05
**First Use in Commerce Date:** 2005-11-05

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) purple, black, white, gray and blue is/are claimed as a feature of the mark.

**Description of Mark and Any Color Part(s):** The depiction of the woman is in black and white with gray tones for the skin and eyebrows. The pupils of the eyes of the woman are blue. The stylized wording and lining in the drawing appear in a combination of purple and white.

**Disclaimer:** "SITE"

**Description of Mark:** The mark consists of partial female face with eyes, logo("TheSwingSite" and "Your Adult Playground" with corresponding colors).

**Design Search Code(s):**
**02.03.01** - Busts of women facing forward; Heads of women facing forward; Portraiture of women facing forward; Women - head, portraiture or busts facing forward
**02.11.02** - Eyes, human; Human eyes; Iris (eye)
**26.11.21** - Rectangles that are completely or partially shaded
**26.17.13** - Letters or words underlined and/or overlined by one or more strokes or lines; Overlined words or letters; Underlined words or letters

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-04 - Registered - Principal Register

2007-09-18 - Published for opposition

2007-08-29 - Notice of publication

2007-08-15 - Law Office Publication Review Completed

2007-08-15 - Approved for Pub - Principal Register (Initial exam)

2007-08-15 - Teas/Email Correspondence Entered

2007-08-15 - Communication received from applicant

2007-08-15 - Teas/Email Correspondence Entered

2007-08-08 - Communication received from applicant

2007-08-12 - Assigned To LIE

2007-08-08 - TEAS Response to Office Action Received

2007-08-08 - Petition To Revive-Granted

2007-08-08 - TEAS Petition To Revive Received

2007-08-08 - Attorney Revoked And/Or Appointed

2007-08-08 - TEAS Revoke/Appoint Attorney Received

2007-07-19 - Abandonment Notice Mailed - Failure To Respond

2007-07-19 - Abandonment - Failure To Respond Or Late Response

2006-12-19 - Examiner's Amendment/Priority Action E-Mailed

2006-12-19 - Examiners Amendment And/Or Priority Action - Completed

2006-12-19 - Assigned To Examiner

2006-07-29 - Notice Of Design Search Code And Pseudo Mark Mailed

2006-07-28 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

Latest Status Info

**Attorney of Record**
Brian Gibbons

**Correspondent**
Brian Gibbons
3936 S. Semoran Blvd., Suite 330
Orlando FL 32822
Phone Number: 407-384-6156
Fax Number: 407-384-2601

EYH  B

**EXHIBIT  B**



EXH C

**EXHIBIT  C**



EXH D

**EXHIBIT D**



EXH E

**EXHIBIT E**



EXH F

**EXHIBIT F**



EXH G

**EXHIBIT G**



There are (0) comments
Click here to view or add comments