No JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KRAFTWORKS DESIGNS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> LAWRIE MANTWELL, an individual, KURT MANTWELL, an individual, KUMPLAY2 EVENTS, a California partnership, <br><br> Defendants. | Case No.: CV-11-00699-MWF-PJWx <br><br> **PERMANENT INJUNCTION** |

On October 23, 2012, the Court granted the Motion for Summary Judgment filed by Plaintiff KRAFTWORKS DESIGNS, INC. ("Kraftworks"). (Docket No. 62). Pursuant to Federal Rule of Civil Procedure 65,

**IT IS HEREBY ORDERED** that Defendants LAWRIE MANTWELL, KURT MANTWELL and KUMPLAY2 EVENTS, and their employees, servants, agents, affiliates, distributors, dealers, successors and/or assigns, and all persons in active concert or participation with any of them, are permanently enjoined from:

a. using the mark shown below (hereinafter "the Mantwell Mark") comprising a partial view of a female's face featuring her eyes, as a trademark, tradename, or services mark for the promotion, advertisement, or sale of good and services catering to the industry for adults who are interested in the swinger lifestyle:

PERMANENT INJUNCTION – Page 1



b. using any variation of the Mantwell Mark, comprising a partial view of a female's face featuring her eyes, as a trademark, tradename, or services mark for the promotion, advertisement, or sale of goods and services catering to the industry for adults who are interested in the swinger lifestyle;

c. using any mark that is confusingly similar to, or any colorable imitation of U.S. Federal Trademark Registration No. 3348502 shown below (hereinafter "the Kraftworks Mark" ):

d. Defendants are further ordered to destroy or deliver for destruction all materials featuring or displaying the Mantwell Mark to The Law Office of Kevin M. Welch, P.O. Box 494, Hermosa Beach, CA 90254, and

///
///

1 ///

immediately remove the Mantwell Mark from any internet website, advertisement, or any other promotional media.

**IT IS SO ORDERED**.

Dated: May 6, 2013

_____
MICHAEL W. FITZGERALD
United States District Court Judge