1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   KRAFTWORKS DESIGNS, INC.,            Case No. CV 11-699-PJW
     a California corporation,
12
13                  Plaintiff,            JUDGMENT
14             v.
15   LAWRIE MANTWELL, an individual,
     KURT MANTWELL, an individual,
16   KIMPLAY2EVENTS, a California
     partnership,
17
                    Defendant,
18
19
20        Based upon the order entered in this case, IT IS HEREBY ORDERED that
21   this entire action is dismissed with prejudice as to all parties.
22
23   DATED: March 3, 2013     _____
24                              HONORABLE PATRICK J. WALSH
25                              UNITED STATES MAGISTRATE JUDGE
26
27
28